# United States District Court

_____ DISTRICT OF _____

Tyrnel Enterprises, Inc.

V.

Fleming Industries, Inc.
dba Iron Duck

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 - 30172 - MAP**

TO: (Name and address of defendant)

Fleming Industries, Inc.
dba Iron Duck
20 Veterans Drive
Chicopee, MA 01022

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harris K. Weiner, Esq.
Law Office of Jeffrey B. Pine, Esq., PC
321 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within  TWENTY (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**
CLERK

_____
(BY) DEPUTY CLERK

DATE  7/25/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| S[ervice of the Summons] and Complaint was made by me[1] | |

NA[ME]

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

August 4, 2005

I hereby certify and return that on 8/3/2005 at 01:25 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to ANGELINA CUDWORTH, AGENT-IN-CHARGE, at the time of service for FLEMING INDUSTRIES, INC., DBA IRON DUCK, 20 VETERANS Drive, CHICOPEE, MA 01020.Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $39.76

Deputy Sheriff  DAVID K. TENNEY

*[signature]* **Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| RAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                              Signature of Server

                                              Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.