IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLEMING INDUSTRIES, INC., dba Iron Duck, )<br>)<br>Defendant. ) | Civil Action # 05-30172-MAP |

**RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Tyrnel Enterprises, Inc. is not owned in any part by any publicly held company and has no parent corporation or subsidiaries.

_____
Martin Tyrrell
President, Tyrnel Enterprises, Inc.

_____
Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

_____
Robert S. Salter, Esq. (BBO # 630204)
Salter & Michaelson
321 South Main Street
Providence, RI 02903-7128
401/421/3141 - Telephone
401/861/1953 - Facsimile
email rsalter@saltermichaelson.com

## CERTIFICATION

I, the undersigned, hereby certify that on this ___15th___ day of September 2005, I mailed a true copy of the foregoing *Rule 7.3 Corporate Disclosure Statement* to Deborah A. Basile, Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

_____
Leslie A. Luciano