IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action # 05-30172-MAP |
| | ) |
| FLEMING INDUSTRIES, INC., dba Iron Duck, | ) |
| | ) |
| Defendant. | ) |

## RULE 16.1 CERTIFICATIONS

This certifies that Plaintiff and its counsel have conferred to establish a budget for the cost of conducting the full course – and various alternative courses – of the litigation as well as resolution of the litigation through the use of alternative dispute resolution programs.

_____
Martin Tyrrell
President, Tyrnel Enterprises, Inc.

_____
Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

_____
Robert S. Salter, Esq. (BBO # 630204)
Salter & Michaelson
321 South Main Street
Providence, RI 02903-7128
401/421/3141 - Telephone
401/861/1953 - Facsimile
email rsalter@saltermichaelson.com

## CERTIFICATION

I, the undersigned, hereby certify that on this ___13th___ day of September 2005, I mailed a true copy of the foregoing *Rule 16.1 Certifications* to Deborah A. Basile, Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

*Leslie Luciano*
Leslie A. Luciano