THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

TYRNEL ENTERPRISES, INC.,

    Plaintiff,

v.

FLEMING INDUSTRIES, INC., dba Iron Duck,

    Defendant.

Civil Action No. 05-30172-MAP

## DEFENDANT'S STATEMENT AND PROPOSED PRETRIAL SCHEDULE

The defendant has not heard from the counsel for the plaintiff since the suit was filed, and has attempted to contact counsel to no avail. Thus, defendant proposes the following:

### PROPOSED AGENDA FOR SCHEDULING CONFERENCE

    I.    **Consideration of Settlement Proposal**

    II.    **Establishment of a Schedule for Discovery**

    III.    **Local Rule 16.4 Certification**

    IV.    **Pending Matters**

**I.    SETTLEMENT PROPOSAL**

The plaintiff has not made a settlement demand in accordance with LR 16.1(C). The defendant does not believe mediation or any settlement discussion is appropriate until it receives a settlement proposal.

282810.1

## II.    JOINT SCHEDULING PLAN FOR DISCOVERY

The defendant proposes the following discovery schedule:

1. The parties will fulfill the Automatic Document Disclosure Requirement by December 15, 2005.

2. The parties shall serve Interrogatories and Requests for Production of Documents by January 31, 2006. Should any party bring a motion to compel further answers or responses, the discovery schedule shall be tolled until either the motion is denied or an order to provide further answers and/or responses has been fulfilled.

3. Non-expert depositions will be completed by August 31, 2006.

4. Plaintiff's disclosure of expert witness information under F.R.C.P. 26(a)(2)(B) will be provided by September 30, 2006. The defendants' disclosure of expert witness information under F.R.C.P. 26(1)(2)(B) will be provided by October 28, 2006.

5. Depositions of expert witnesses will be completed November 28, 2006.

6. Discovery will be completed by December 31, 2006, unless enlarged by the Court.

7. Any motions for summary judgment will be filed on or before December 10, 2006. Any opposition will be filed by December 31, 2006.

8. This case will be ready for trial or other disposition on December 31, 2002.

## III.    LOCAL RULE 16.4 CERTIFICATION OF COUNSEL AND PARTIES

Counsel for Fleming has conferred with the client concerning a budget for the cost of the litigation and the possible resolution of the litigation through

282810.1

alternative dispute resolution. A written certification has been or will be filed prior to the scheduling conference.

IV. **PENDING MATTERS**

There are no pending matters.

Counsel for Defendant

*/s/ Michael K. Callan*
Michael K. Callan
Doherty, Wallace, Pillsbury
  & Murphy, P.C.
BBO # 558912
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910

# CERTIFICATE OF SERVICE

I, Michael K. Callan, do hereby certify that I have caused a copy of the foregoing to be served upon the parties by fax, to: Robert Salter, 321 South Main Street, 5th Floor, Providence, RI 02903, and to Harris K. Weiner, Law Office of Jeffrey B. Pine, P.C., 321 South Main Street Suite 302, Providence, RI 02903.

Dated: 9/21/05

*/s/ Michael K. Callan*
Michael K. Callan
BBO No. 558912
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
1414 Main Street
Springfield, MA 01144-1900

282810.1