UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TYRNEL ENTERPRISES, INC.,            )
                Plaintiff       )
                                  )
                                  )
     v.                          )       Civil Action No.  05-30172-MAP
                                  )
                                  )
FLEMING INDUSTRIES, INC.,             )
                Defendant     )

SCHEDULING ORDER
September 21, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by October 28, 2005.

2. All written discovery shall be served by November 15, 2005.

3. Non-expert depositions shall be completed by March 31, 2006.

4. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by April 28, 2006.

5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 2, 2006.

6. All expert depositions shall be completed by August 4, 2006.

7. Counsel shall appear for a case management conference on August 28,

2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.


Dated: September 21, 2005                    /s/ Kenneth P. Neiman
                                             KENNETH P. NEIMAN
                                             U.S. Magistrate Judge