AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

TYRNEL ENTERPRISES, INC.
π

vs.

FLEMING INDUSTRIES, INC. dba
Iron Duck,
Δ

**APPEARANCE**

Case Number: 05-30172-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Defendant, Fleming Industries, Inc. dba Iron Duck

Date: 9/20/05

Signature: Claire L. Thompson

Print Name: CLAIRE L. THOMPSON

Address: 1414 Main St.

City: SPFLD   State: MA   Zip Code: 01144

Phone Number: (413) 733-3111