UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

FILED
IN CLERK'S OFFICE

2005 OCT 25 P 4: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> FLEMING INDUSTRIES, INC., d/b/a ) <br> Iron Duck ) <br>     Defendant | **Civil Action No. 05-30172-MAP** |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please enter the notice of my appearance on behalf of the Defendant, Fleming Industries, Inc. The withdrawal of counsel is being filed simultaneously with this notice of appearance.

THE DEFENDANT, FLEMING
INDUSTRIES, INC.,
BY ITS ATTORNEY

By _____
John J. McCarthy, Esquire
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, Massachusetts, 01144-1900
Phone: (413) 733-3111
Fax: (413) 734-3910
B.B.O. Number 328280

Dated: 10/25/05

287177.1

## CERTIFICATE OF SERVICE

    I, John J. McCarthy, Esquire, hereby certify that I served a copy of the foregoing on the Plaintiff by mailing a copy of the same postage prepaid to:

Robert Salter
321 South Main Street 5th Floor
Providence, RI 02903

Harris K. Weiner
Law Office of Jeffrey B. Pine, P.C.
321 South Main Street Suite 302
Providence, RI 02903.

Dated: 10/25/05

_____
John J. McCarthy, Esquire

287177.1