UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 05-30172-MAP

TYRNEL ENTERPRISES, INC.,
    Plaintiff

V.

FLEMING INDUSTRIES, INC., d/b/a Iron Duck,
    Defendant

### RULE 7.3 CORPORATE DISCLOSURE STATEMENT

The Defendant Fleming Industries, Inc. d/b/a Iron Duck has no parent corporation or subsidiaries and is not owned in any part by any publicly held company.

|  |  |
|---|---|
| _____<br>Michael Fleming<br>President/CEO<br>Fleming Industries, Inc. | THE DEFENDANT,<br>BY ITS ATTORNEY,<br><br>By /s/ Deborah A. Basile<br>Deborah A. Basile, Esquire<br>Claire L. Thompson, Esquire<br>Doherty, Wallace, Pillsbury<br> & Murphy, P.C.<br>1414 Main Street, 19th Floor<br>Springfield, MA 01144-1900<br>Phone: (413) 733-3111<br>Fax: (413) 734-3910<br>B.B.O. No: 550262 |

283727.1

## CERTIFICATE OF SERVICE

I, John J. McCarthy, hereby certify that I served a copy of the foregoing by mailing a copy of the same, postage prepaid, to

Harris K. Weiner, Esq.,
Law Office of Jeffrey B. Pine, Esq., PC
321 South Main Street, Suite 302
Providence, RI 02903

Robert S. Salter, Esq.
Salter & Michaelson
321 South Main Street
Providence, RI 02903-7128

October 25, 2005

/s/ John J. McCarthy
Doherty, Wallace, Pillsbury
& Murphy, P.C.

283727.1