IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

TYRNEL ENTERPRISES, INC., )
)
Plaintiff, )
)
v. ) Civil Action # 05-30172-MAP
)
FLEMING INDUSTRIES, INC., dba Iron Duck, )
)
Defendant. )

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Pursuant to Fed. R. Civ. P. Rules 33, 34 and 37, Tyrnel Enterprises, Inc., moves this Court for an order compelling Fleming Industries, Inc. d/b/a Iron Duck to answer fully the remaining disputed interrogatories in Plaintiff's First Set of Interrogatories and to respond to Plaintiff's First Request for Production of Documents as set forth in Plaintiff's accompanying Memorandum in Support of this Motion.

In support of its Motion, Plaintiff states as follows:

1. On November 15, 2005 Plaintiff filed and served its First Request for Production of Documents and First Set of Interrogatories.

2. On or about March 3, 2006, Defendant served its purported responses to Plaintiff's First Request for Production of Documents and on February 28, 2006 Defendant

1

Respectfully submitted,
Tyrnel Enterprises, Inc.,
By its Attorneys:

_____
Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

## **CERTIFICATION**

I, the undersigned, hereby certify that on this 13th day of April 2006, I mailed a true copy of the foregoing *Motion to Compel* to John J. McCarthy, Esq., Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

_____
Leslie A. Luciano

3

served its purported responses to Plaintiff's First Set of Interrogatories.

3. In its initial responses Defendant refused to provide the majority of the requested information.

4. Plaintiff has in good faith conferred with the Defendant in an effort to secure the answers and documents without court action, as more fully shown in the attached Affidavit of Harris K. Weiner sworn to on March 22, 2006. After negotiation, Defendant agreed to produce only a portion of the information requested, objecting to the remainder on the basis of its own view of what issues are relevant to the case and what grounds are the basis for withholding.

5. As more fully set out and explained in Plaintiff's accompanying Memorandum in Support of this Motion, each of the Plaintiff's interrogatories and document requests seeks relevant and admissible information or information reasonably calculated to lead to the discovery of admissible evidence.

WHEREFORE, Plaintiff respectfully requests that this Court issue an order compelling Defendant to respond fully to the interrogatories numbered 4, 6, 7, 8, 9, 10 and to produce documents in response to Requests Numbers 2, 5, 8, 9, 10, 11, 12 and 13 in its Request for Production of Documents and to produce all responsive documents within ten days of the Court's order, and awarding Plaintiff reasonable costs, including attorneys' fee, incurred in connection with this Motion.