IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action # 05-30172-MAP |
| | ) |
| FLEMING INDUSTRIES, INC., dba Iron Duck, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF MOVANT'S COUNSEL

Now comes counsel, Harris K. Weiner, representing Plaintiff Tyrnel Enterprises, Inc. in the above-referenced action to depose and state under oath as follows:

1. On November 15, 2005 I propounded discovery requests upon the Defendant, Fleming Industries, Inc. d/b/a Iron Duck on behalf of my client, Plaintiff in the above-captioned action.

2. After a number of telephone messages to Defendant's counsel regarding its failure to respond, I agreed to extend the Defendant's discovery deadline to February 28, 2006. On that date when the Defendant faxed answers to interrogatories and on or about March 3, 2006 delivered documents purporting to respond to the First Request for Production of Documents.

3. Upon review of the responses, it became evident that the Answers to Interrogatories and documents produced were grossly inadequate necessitating action to compel by the Plaintiff.

1

4. Prior to filing this action, I met with Defendant's counsel to discuss the withheld discovery responses which he refused to release absent a court order.

5. The legal fees associated with this discovery dispute are $1,395 as evidenced by the attached billing records which are true and accurate.

Signed under the pains of perjury this 13h day of April 2006.

_____
Harris K. Weiner

Harris K. Weiner appeared before me on this 13th day of April and attested to the truth and accuracy of the foregoing.

_____
Notary Public

My Commission Expires: 8/30/08

## CERTIFICATION

I, the undersigned, hereby certify that on this 13th day of April 2006, I mailed a true copy of the foregoing *Affidavit* to John J. McCarthy, Esq., Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

_____
Leslie A. Luciano

2

LAW OFFICES OF

# JEFFREY B. PINE ESQ.

A PROFESSIONAL CORPORATION

Jeffrey B. Pine
*Attorney General 1993-1999*

Harris K. Weiner
*Of Counsel*

321 South Main Street, Suite 302, Providence, RI 02903
TELEPHONE 401.351.8200   FAX 401.351.9032
www.pinelaw.com

*Attorneys are
admitted in Rhode Island
and Massachusetts*

April 13, 2006

Martin Tyrell
841 Crescent Street
East Bridgewater, MA 02333

Re:   *Tyrnel Enterprises, Inc. v. Fleming Industries, Inc. d/b/a Iron Duck C.A. No.: 05-30172-MAP*

**Billing Statement**
**March 2006**

| DATE | WORK PERFORMED | HOURS | AMOUNT |
| --- | --- | --- | --- |
| 3/5/06 | Review defendant's discovery responses, correspondence and production of documents. Draft letter to client. (discovery dispute). | 1.6 | $360.00 |
| 3/13/06 | Confer with client re: case status and discovery dispute. (discovery dispute). | 0.2 | $45.00 |
| 3/15/06 | Travel to state law library to research Rules 33, 34 and 37. (discovery dispute). | 0.8 | $180.00 |
| 3/16/06 | Draft motion to compel, proposed order, affidavit and demand letter to opposing counsel. (discovery dispute). | 1.2 | $270.00 |
| 3/20/06 | Telephone opposing counsel and leave message. Revise demand letter re: discovery. (discovery dispute). | 1.1 | $247.50 |
| 3/29/06 | Conduct discussions with opposing counsel re: discovery. | 0.3 | $67.50 |
| 4/10/06 | Review production and revise discovery pleadings. Draft memorandum. | 1.0 | $225.00 |
| | **Totals:** | **6.2/HRS** | **$1,395.00** |
| | **Totals This Invoice;** | | **$1,395.00** |
| | **Total Due Upon Receipt:** | | **$1,395.00** |
| | *Please make checks payable to: Jeffrey B. Pine, Esq PC* | | |