FILED
IN CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

2006 APR 17 A 9:44
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action # 05-30172-MAP |
| ) | |
| FLEMING INDUSTRIES, INC., dba Iron Duck, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATION

Pursuant to the local rules, Plaintiff Tyrnel Enterprises, Inc. hereby certifies that it conferred with counsel for Defendant Fleming Industries, Inc. d/b/a Iron Duck prior to the filing of the accompanying Motion to Compel Discovery.

Respectfully submitted,
Tyrnel Enterprises, Inc.,
By its Attorneys:

/s/ Harris K. Weiner

Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile