```
                                                          FILED
                                                    IN CLERK'S OFFICE

         IN THE UNITED STATES DISTRICT COURT         2006 APR 28  A 9:51
              DISTRICT OF MASSACHUSETTS
                    SPRINGFIELD                      U.S. DISTRICT COURT
                                                     DISTRICT OF MASS.
```

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action # 05-30172-MAP |
| ) | |
| FLEMING INDUSTRIES, INC., dba Iron Duck, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO EXTEND DEADLINES FOR EXPERT DISCLOSURE

Now come the parties in the above-referenced action to request a sixty-day extension of time for the disclosure of experts for the Plaintiff from April 28, 2006 to June 28, 2006, as well as corresponding extensions for the disclosure of Defendant's experts to August 2, 2006, completion of expert depositions by September 5, 2006 and a case management conference on or about September 28, 2006.

As grounds for these extensions, on April 17, 2006 the Plaintiff filed a Motion to Compel discovery and the Defendant is preparing its response. While awaiting the Court's action on the motion and opposition, the Plaintiff suspended the Defendant's 30(b)(6) deposition. Absent a court order, Defendant has objected to certain discovery requests about its sales and profits associated with the allegedly infringing products on grounds of relevancy and confidentiality. The outcome of the Court's ruling on the Motion to Compel will determine the scope discovery and will influence the selection of experts.

1

For the foregoing reasons, the parties respectfully request the extension of time outlined above.

Respectfully submitted,
Tyrnel Enterprises, Inc.,
By its Attorney:

*(signature)*

Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

Respectfully submitted,
Fleming Industries, Inc.,
By its Attorney:

*(signature: John J. McCarthy (by assent HKW))*

John J. McCarthy, Esq.
Doherty, Wallace, Pillsbury & Murphy,
One Monarch Place
1414 Main Street
Suite 1900,
Springfield, MA 01144-1900