UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TYRNEL ENTERPRISES, INC., )<br>          Plaintiff  ) <br>)<br>v.  )<br>)<br>)<br>)<br>FLEMING INDUSTRIES, INC., )<br>          Defendant  ) | | Civil Action No. 05-30172-MAP |

SCHEDULING ORDER
May 9, 2006

NEIMAN, C.M.J.

The court hereby ALLOWS the parties' Joint Motion to Extend Deadlines (Document No. 20) and revises the schedule as follows:

1. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 28, 2006.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by August 2, 2006.

3. All expert depositions shall be completed by September 5, 2006.

4. Counsel shall appear for a case management conference on September 18, 2006, at 12:00 p.m. in Courtroom Three. The August 28, 2006 case management conference is cancelled.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      Chief Magistrate Judge

Case 3:05-cv-30172-MAP    Document 22    Filed 05/09/2006    Page 2 of 2