UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

                        CIVIL ACTION NO: 05-30172-MAP

TYRNEL ENTERPRISES, INC.,
     Plaintiff

V.

FLEMING INDUSTRIES, INC., d/b/a Iron Duck,
     Defendant

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my withdrawal of appearance on behalf of Defendant Fleming Industries, Inc. d/b/a Iron Duck in the above-entitled action.

                        THE DEFENDANT,
                        BY ITS ATTORNEY,

                        By  /s/Claire L. Thompson
                        Claire L. Thompson, Esquire
                        Doherty, Wallace, Pillsbury
                         & Murphy, P.C.
                        1414 Main Street, 19th Floor
                        Springfield, MA 01144-1900
                        Phone:  (413) 733-3111
Dated: May 16, 2006          Fax:    (413) 734-3910
                        B.B.O. No:  550262

311249.1

CERTIFICATE OF SERVICE

    I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. on May 16, 2006.

    Robert S. Salter, Esq. (via regular mail)
    Salter & Michaelson
    321 South Main Street
    Providence, RI 02903-7128

                                  */s/ Claire L. Thompson*

                                  Claire L. Thompson
                                  Doherty, Wallace, Pillsbury
                                    & Murphy, P.C.

311249.1