IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action # 05-30172-MAP |
| ) | |
| FLEMING INDUSTRIES, INC., dba Iron Duck, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION

Pursuant to the local Rules, Plaintiff Tyrnel Enterprises, Inc. hereby certifies that it conferred with counsel for Defendant Fleming Industries, Inc., d/b/a Iron Duck prior to the filing of the accompanying Motion to Compel.

Tyrnel Enterprises, Inc.
By its Attorney,

Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

1

## CERTIFICATION

I, the undersigned, hereby certify that on this _____ day of June 2006, I mailed a true copy of the foregoing *Certification* to John J. McCarthy, Esq., Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

*Leslie A. Luciano*
Leslie A. Luciano