IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

FILED
IN CLERK'S OFFICE
2006 JUL -3 A 11: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action # 05-30172-MAP |
| FLEMING INDUSTRIES, INC., dba Iron Duck, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURE**

Plaintiff Tyrnel Enterprises, Inc. respectfully requests an extension of the deadline for disclosure of the Plaintiff's experts from June 28. 2006 to September 6, 2006 for the reasons set for in the accompanying Memorandum of Law in Support of Plaintiff's Motion to Extend Deadline for Expert Disclosure.

Respectfully submitted,
Tyrnel Enterprises, Inc.,
By its Attorney:

*[signature]*

Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

1

## CERTIFICATION

    I, the undersigned, hereby certify that on this ___22 nd___ day of June 2006, I mailed a true copy of the foregoing *Motion to Extend* to John J. McCarthy, Esq., Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

                                            */s/ Leslie Luciano*
                                            Leslie A. Luciano