# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### SPRINGFIELD

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action # 05-30172-MAP |
| ) | |
| FLEMING INDUSTRIES, INC., dba Iron Duck, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURE

Plaintiff Tyrnel Enterprises, Inc. respectfully requests an extension of the deadline for disclosure of the Plaintiff's experts from June 28, 2006 to September 6, 2006 to facilitate settlement discussions prior to incurring costs for mechanical engineers and damages experts in this patent infringement action. Such experts will be required at trial to establish Plaintiff's *prima facie* case. Before the parties expend significant funds on expert discovery, it makes sense to conduct informal or court-assisted mediation in this matter.

For the foregoing reasons, Plaintiff respectfully requests that the time for disclosing its experts be enlarged to September 6, 2006.

Respectfully submitted,
Tyrnel Enterprises, Inc.,
By its Attorneys:

_____
Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

## CERTIFICATION

I, the undersigned, hereby certify that on this 22nd day of June 2006, I mailed a true copy of the foregoing *Memorandum of Law in Support of Plaintiff's Motion to Extend Deadline for Expert Disclosure* to John J. McCarthy, Esq., Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

_____
Leslie A. Luciano