FILED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

| | | |
|---|---|---|
| TYRNEL ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action # 05-30172-MAP |
| | ) | |
| FLEMING INDUSTRIES, INC., dba Iron Duck, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RECONSIDERATION

Now comes Plaintiff to respectfully request that the Court reconsider its ruling of July 5, 2006 denying Plaintiffs Motion for Extension of Time for Disclosure of Experts for the reasons set forth in the accompanying Memorandum.

                                                  Respectfully submitted,
                                                  Tyrnel Enterprises, Inc.,
                                                  By its Attorney:

                                                  */s/ Harris K. Weiner*
                                                  Harris K. Weiner, Esq. (BBO # 551981)
                                                  Law Office of Jeffrey B. Pine, Esq. PC
                                                  Providence, RI 02903
                                                  401/351-8200 – Telephone
                                                  401/351-9032 - Facsimile

## CERTIFICATION

I, the undersigned, hereby certify that on this ___7th___ day of July 2006, I mailed a true copy of the foregoing *Motion to Reconsider* to John J. McCarthy, Esq., Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

                                                                      /s/ Leslie A. Luciano
                                                                      Leslie A. Luciano