IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action # 05-30172-MAP |
| FLEMING INDUSTRIES, INC., dba Iron Duck, | ) |
| Defendant. | ) |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RECONSIDERATION**

Now comes Plaintiff in the above-referenced action to request reconsideration of the ruling of July 5, 2006 by Judge Neiman denying Plaintiffs Motion for Extension of Time to Disclose Experts from June 28, 2006 to September 6, 2006 for Plaintiff's failure to comply with the certification requirement of local rule 7.1 (A)(2). Although the parties conferred in good faith about the Motion before it was filed on June 22, 2003, and attempted but and were unable to negotiate an assented-to Motion, the Certification was erroneously omitted by Plaintiff's counsel. In light of the fact that the parties complied with Rule 7.1 and Plaintiff now formally certifies that fact, Plaintiff respectfully requests reconsideration of the Court's denial of the extension based on compliance with the Local Rule.

1

Respectfully submitted,
Tyrnel Enterprises, Inc.,
By its Attorney:

Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

## CERTIFICATION

I, the undersigned, hereby certify that on this 7th day of July 2006, I mailed a true copy of the foregoing *Memorandum of Law in Support of Motion to Reconsider* to John J. McCarthy, Esq., Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

Leslie A. Luciano

2