IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action # 05-30172-MAP |
| FLEMING INDUSTRIES, INC., dba Iron Duck, | ) ) ) |
| Defendant. | ) |

## RULE 7.1 CERTIFICATION FOR MOTION FOR RECONSIDERATION

Pursuant to Local Rule 7.1(A)(2), Plaintiff certifies that its counsel conferred with counsel for the Defendant in good faith to resolve or narrow the issues concerning Plaintiff's Motion for Reconsideration of the Court's denial of Plaintiff's Motion for Extension of Time to Disclose Experts.

Tyrnel Enterprises, Inc.
By its Attorney,

Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

1

## CERTIFICATION

I, the undersigned, hereby certify that on this ___7th___ day of July 2006, I mailed a true copy of the foregoing *Certification* to John J. McCarthy, Esq., Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

_____
Leslie A. Luciano