IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

| | |
|---|---|
| TYRNEL ENTERPRISES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action # 05-30172-MAP |
| FLEMING INDUSTRIES, INC., dba Iron Duck, | ) ) |
| Defendant. | ) ) |

### RULE 7.1 CERTIFICATION FOR MOTION FOR EXTENSION OF TIME

Prior to filing on June 22, 2006 its Motion for Extension of Time, Plaintiff through counsel conferred with opposing counsel to resolve the issue in good faith pursuant to local rule 7.1(A)(2) but was unable to reach an accord concerning the subject of the Motion.

Tyrnel Enterprises, Inc.
By its Attorney,

_____
Harris K. Weiner, Esq. (BBO # 551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 - Facsimile

1

## CERTIFICATION

    I, the undersigned, hereby certify that on this _____ day of July 2006, I mailed a true copy of the foregoing *Certification* to John J. McCarthy, Esq., Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144-1900.

                                          /s/ Leslie A. Luciano
                                          Leslie A. Luciano