UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

TYRNEL ENTERPRISES, INC.,            )
    Plaintiff                                      )
                                                      )
v.                                                    )           **Civil Action No. 05-30172-MAP**
                                                      )
FLEMING INDUSTRIES, INC., d/b/a   )
Iron Duck                                          )
    Defendant

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Now comes the Defendant Fleming Industries, Inc., in accordance with the Order of this Court on July 17, 2006, advises the Court that it takes no position with respect to the Plaintiff's Motion. The Defendant does not believe that the extension of time is necessary to accomplish any settlement discussions as suggested in the Plaintiff's Memorandum and Motion, but otherwise takes no position with regard to said Motion.

                                                     THE DEFENDANT, FLEMING
                                                     INDUSTRIES, INC., d/b/a IRON DUCK
                                                     BY ITS ATTORNEY

                                                     By _____
                                                        John J. McCarthy, Esquire
                                                        Doherty, Wallace, Pillsbury & Murphy, P.C.
                                                        One Monarch Place
                                                        1414 Main Street, 19th Floor
                                                        Springfield, Massachusetts, 01144-1900
                                                        Phone: (413) 733-3111
                                                        Fax: (413) 734-3910
Dated:                                                 B.B.O. Number 328280

317985.1

## CERTIFICATE OF SERVICE

    I, John J. McCarthy, Esquire, hereby certify that I served a copy of the foregoing on the Plaintiff by mailing a copy of the same postage prepaid to:

Robert Salter
321 South Main Street 5th Floor
Providence, RI  02903

Harris K. Weiner
Law Office of Jeffrey B. Pine, P.C.
321 South Main Street Suite 302
Providence, RI  02903.


Dated: _____            _____
                                                          John J. McCarthy, Esquire

317985.1