UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TYRNEL ENTERPRISES, INC., )
        Plaintiff )
)
v. ) Civil Action No. 05-30172-MAP
)
)
)
)
FLEMING INDUSTRIES, INC., )
        Defendant )

SCHEDULING ORDER
July 19, 2006

NEIMAN, C.M.J.

The court, on reconsideration, hereby ALLOWS Plaintiff's Motion to Extend Deadline for Expert Disclosure (Document No. 27), albeit reluctantly, and revises the schedule as follows.

1. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by September 6, 2006.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by October 11, 2006.

3. All expert depositions shall be completed by November 8, 2006.

4. Counsel shall appear for a case management conference on November 9, 2006, at 12:00 p.m. in Courtroom Three. The September 18, 2006 case management conference is cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            Chief Magistrate Judge

Case 3:05-cv-30172-MAP    Document 34    Filed 07/20/2006    Page 2 of 2