UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TYRNEL ENTERPRISES, INC., <br> Plaintiff | ) <br> ) <br> ) <br> ) | |
| v. | ) | Civil Action No. 05-30172-MAP |
| | ) <br> ) | |
| FLEMING INDUSTRIES. INC., <br> Defendant | ) <br> ) <br> ) | |

## SETTLEMENT ORDER OF DISMISSAL
September 7, 2006

The court, having been advised on September 7, 2006, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk