U.S. DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| TYRNEL ENTERPRISES, INC.,<br>Plaintiff<br><br>Vs.<br><br>FLEMING INDUSTRIES,<br>INC.,D/B/A IRON DUCK<br>  Defendant | Civil Action No.  05 -CV 30172- MAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff Tyrnel Enterprises, Inc., and the Defendant Fleming Industries, Inc., d/b/a Iron Duck in the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a) (1) and 41 (c), hereby stipulate that said action be dismissed, with prejudice, as to all claims, crossclaims and counterclaims, without costs or fees.

                                                          THE PLAINTIFF,
                                                          TRYNEL ENTERPISES, INC.

Date:                                     /s/ Harris K. Weiner_____
                                             Harris K. Weiner, Esq.
                                            Law Offices of Jeffrey B. Pine, Esq., PC
                                            321 South Main Street, Suite 302
                                            Providence, R>I> 02903
                                            401-351-8200
                                            Fax: 401-351-9032
                                            Email: hkw@pinelaw.com

                                                                                                                             THE DEFENDANT
                                                                                                                             FLEMING INDUSTRIES, INC., d/b/a IRON DUCK

Date:  10/13/06                                                                           /s/ John J. McCarthy
                                                                                  John J. McCarthy, Esquire
                                                                                  Doherty, Wallace, Pillsbury & Murphy, P. C.
                                                                                  One Monarch Place, 19th Floor
                                                                                  1414 Main St.
                                                                                  Springfield, MA   01144-1002
                                                                                  Tel.:  (413) 733-3111
                                                                                  Fax:  (413) 734-3910
                                                                                  BBO #  328280

## CERTIFICATE OF SERVICE

    I, John J. McCarthy, do hereby certify that I have caused a copy of the foregoing to be served upon the parties by mailing same first class mail, postage pre-paid, to:

**Harris K. Weiner**, **Esq.**
Law Office of Jeffrey B. Pine PC
321 South Main Street
Suite 302
Providence, RI 02903
401-351-8200
Fax: 401-351-9032


Date:   10/13/06                                                                           /s/ John J. McCarthy
                                                                                  John J. McCarthy, Esquire
                                                                                  Doherty, Wallace, Pillsbury & Murphy, P. C.
                                                                                  One Monarch Place, 19th Floor
                                                                                  1414 Main St.
                                                                                  Springfield, MA   01144-1002
                                                                                  Tel.:  (413) 733-3111
                                                                                  Fax:  (413) 734-3910
                                                                                  BBO #  328280